IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID SHUMAN, ) | |
| ) | |
| Plaintiff, ) | No. 3:14-cv-01368 |
| ) | |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Bryant |
| SIMPLY RIGHT, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable or unwilling to undertake this matter. Accordingly, I hereby **RECUSE** myself and return this case to the Clerk of Court for reassignment to another judge.

It is so ORDERED.

Entered this the 5 day of August, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT