UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| David Shuman, | ) |
| | ) Case No. 3:14-cv-1368 |
| Plaintiff, | ) Judge Sharp |
| | ) Magistrate Judge Bryant |
| v. | ) |
| | ) |
| Simply Right, Inc. | ) |
| | ) |
| Defendant. | ) |

ENTRY OF JUDGMENT

The Clerk hereby enters judgment pursuant to Plaintiff David Shuman's Notice of Acceptance of Defendant's Offer of Judgment (Docket Entry No. 26) pursuant to Federal Rule of Civil Procedure 68. Pursuant to the terms of the Offer of Judgment (Docket Entry No. 26-1), judgment is hereby entered in favor of Plaintiff in the amount of $5,000.00 against Defendant. Also pursuant to the Offer of Judgment, Plaintiff may seek recovery of reasonable and necessary costs and attorney fees from the Court.

*s/ Keith Throckmorton*

Keith Throckmorton
Clerk of Court